**United States Bankruptcy Court**

**Northern District of Mississippi**

IN RE:                                                                        Case No. **15-13244** _____

Hood, Jeff Gordon & Hood, Jennifer Jean _____    Chapter **13** _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____**3,200.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____**3,200.00**

2. The source of the compensation paid to me was:   ☑ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:   ☑ Debtor    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**September 28, 2015**_____        _____ **/s/ Heidi S. Milam** _____
Date

**Heidi S. Milam 9813**
**Heidi S. Milam, Attorney At Law, PLLC**
**P.O. Box 1169**
**Southaven, MS  38671**
**(662) 349-2322  Fax: (866) 267-5360**
**heidi.milam@yahoo.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

FB 201A (Form 201A) (06/14)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. <u>Services Available from Credit Counseling Agencies</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **<u>before</u>** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. <u>The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors</u>

<u>Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)</u>
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

     Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

     <u>**Chapter 13**</u>**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

     Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

     Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

     After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

     <u>**Chapter 11**</u>**: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**

     Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

     <u>**Chapter 12**</u>**: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**

     Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. <u>Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials</u>**

     A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**Northern District of Mississippi**

IN RE:                                                                    Case No. **15-13244**

Hood, Jeff Gordon & Hood, Jennifer Jean                                   Chapter **13**
_____
                    Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____     Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer     petition preparer is not an individual, state
Address:                                                            the Social Security number of the officer,
_____     principal, responsible person, or partner of
                                                                    the bankruptcy petition preparer.)
_____     (Required by 11 U.S.C. § 110.)
X _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Hood, Jeff Gordon & Hood, Jennifer Jean          X **/s/ Jeff Gordon Hood**                9/28/2015
_____              _____
Printed Name(s) of Debtor(s)                         Signature of Debtor                      Date

Case No. (if known) **15-13244**                 X **/s/ Jennifer Jean Hood**              9/28/2015
_____              _____
                                                     Signature of Joint Debtor (if any)       Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeff Gordon Hood** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jennifer Jean Hood** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Mississippi**

Case number **15-13244**
(If known)

☐ Check if this is an amended filing

## Official Form 22C–2

# Chapter 13 Calculation of Your Disposable Income                    12/14

To fill out this form, you will need your completed copy of *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period* (Official Form 22C–1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Deductions from Your Income |
|---|---|

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 22C–1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 22C–1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5.    **The number of people used in determining your deductions from income**
Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

**6**

**National Standards**    You must use the IRS National Standards to answer the questions in lines 6-7.

6.    **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.

$ 2,269.00

7.    **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

Debtor 1    **Jeff Gordon Hood**
First Name        Middle Name        Last Name                    Case number (if known) **15-13244**

| People who are under 65 years of age | | |
|---|---|---|
| 7a. Out-of-pocket health care allowance per person | $ __60.00__ | |
| 7b. Number of people who are under 65 | X __6__ | |
| 7c. Subtotal. Multiply line 7a by line 7b. | $ __360.00__ | Copy line 7c here ➤   $ __360.00__ |

| People who are 65 years of age or older | | |
|---|---|---|
| 7d. Out-of-pocket health care allowance per person | $ __144.00__ | |
| 7e. Number of people who are 65 or older | X __0__ | |
| 7f. Subtotal. Multiply line 7d by line 7e. | $ __0.00__ | Copy line 7f here ➤   + $ __0.00__ |

7g. **Total**. Add lines 7c and 7f. ................................................................    $ __360.00__    Copy total here ➤ ......... 7g.    $ __360.00__

**Local Standards**    You must use the IRS Local Standards to answer the questions in lines 8-15.

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

- Housing and utilities – Insurance and operating expenses
- Housing and utilities – Mortgage or rent expenses

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.**

8. **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.    $ __613.00__

9. **Housing and utilities – Mortgage or rent expenses:**

   9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.    $ __1,236.00__

   9b. Total average monthly payment for all mortgages and other debts secured by your home.

   To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment | |
|---|---|---|
| **Wells Fargo Hm Mortgag** | $ __811.00__ | |
| _____ | $ _____ | |
| _____ + | $ _____ | |
| 9b. Total average monthly payment ..................... | $ __811.00__ | Copy line 9b here ➤  − $ __811.00__    Repeat this amount on line 33a. |

   9c. Net mortgage or rent expense.

   Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this number is less than $0, enter $0.    $ __425.00__    Copy 9c here ➤    $ __425.00__

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**    $ __0.00__

    Explain why: _____

    _____

Debtor 1 __**Jeff Gordon Hood**_____ Case number (*if known*) **15-13244**_____
       First Name     Middle Name     Last Name

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

  ☐ 0. Go to line 14.
  ☑ 1. Go to line 12.
  ☐ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.      $ **244.00**

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1**    Describe Vehicle 1: _____
                                   _____

13a. Ownership or leasing costs using IRS Local Standard      13a.   $ **517.00**

13b. Average monthly payment for all debts secured by Vehicle 1.
Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| **Drive Time** | $ **339.52** |

Copy 13b here ➡   — $ **339.52**    Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. If this number is less than $0, enter $0.   13c.   $ **177.48**    Copy net Vehicle 1 expense here ➡   $ **177.48**

**Vehicle 2**    Describe Vehicle 2: _____
                                   _____

13d. Ownership or leasing costs using IRS Local Standard      13d.   $ **0.00**

13e. Average monthly payment for all debts secured by Vehicle 2.
Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| _____ | $ **0.00** |

Copy here ➡   — $ **0.00**    Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from line 13d. If this number is less than $0, enter $0.   13f.   $ **0.00**    Copy net Vehicle 2 expense here ➡   $ **0.00**

14. **Public transportation expense**: If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.      $ **0.00**

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.      $ **0.00**

Debtor 1  __Jeff Gordon Hood__                                      Case number *(if known)* 15-13244
      First Name      Middle Name      Last Name

| | |
|---|---|
| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |

16. **Taxes:** The total monthly amount that you actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.    $ __1,150.49__

Do not include real estate, sales, or use taxes.

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.    $ __12.50__

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.

Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.    $ __0.00__

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.    $ __0.00__

Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.

20. **Education:** The total monthly amount that you pay for education that is either required:
- as a condition for your job, or
- for your physically or mentally challenged dependent child if no public education is available for similar services.    $ __0.00__

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool. Do not include payments for any elementary or secondary school education.    $ __0.00__

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.    $ __0.00__

Payments for health insurance or health savings accounts should be listed only in line 25.

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.    + $ __0.00__

Do not include payments for basic home telephone, internet or cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Form 22C-1, or any amount you previously deducted.

24. **Add all of the expenses allowed under the IRS expense allowances.** Add lines 6 through 23.    $5,251.47

| | |
|---|---|
| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. *Note:* Do not include any expense allowances listed in lines 6-24. |

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

    Health insurance          $ __489.96__

    Disability insurance      $ __0.00__

    Health savings account  + $ __0.00__

    Total                $ __489.96__  Copy total here ➡ ............................................................    $ __489.96__

Do you actually spend this total amount?

☐ No. How much do you actually spend?    $_____ 0.00

☑ Yes

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.    $ __0.00__

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.    $ __0.00__

By law, the court must keep the nature of these expenses confidential.

Debtor 1    __Jeff Gordon Hood_____    Case number *(if known)* __15-13244__
            First Name      Middle Name      Last Name

28. **Additional home energy costs.** Your home energy costs are included in your non-mortgage housing and utilities allowance on line 8.

    If you believe that you have home energy costs that are more than the home energy costs included in the non-mortgage housing and utilities allowance, then fill in the excess amount of home energy costs.    $____0.00___

    You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $156.25* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.    $____0.00___

    You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

    *  Subject to adjustment on 4/01/16, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.    $____0.00___

    To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

    You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 11 U.S.C. § 548(d)3 and (4).    +____0.00___

    Do not include any amount more than 15% of your gross monthly income.

32. **Add all of the additional expense deductions.**    $____489.96___
    Add lines 25 through 31.

## Deductions for Debt Payment

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33g.**

    To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

    |  | Average monthly payment |
    |---|---|
    | **Mortgages on your home** | |
    | 33a. Copy line 9b here .................... ➔ | $____811.00___ |
    | **Loans on your first two vehicles** | |
    | 33b. Copy line 13b here. .................. ➔ | $____339.52___ |
    | 33c. Copy line 13e here. .................. ➔ | $____0.00___ |

    | Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
    |---|---|---|---|
    | 33d. **Drive Time** | **Automobile (1)** | ☑ No ☐ Yes | $____339.52___ |
    | 33e. **Wells Fargo Hm Mortgag** | **Residence** | ☐ No ☑ Yes | $____811.00___ |
    | 33f. _____ | | ☐ No ☐ Yes | + $_____ |
    | 33g. Total average monthly payment. Add lines 33a through 33f. ................ | | | $____1,150.52___ |

    Copy total here ➔    $__1,150.52__

Debtor 1    **Jeff Gordon Hood**
First Name    Middle Name    Last Name    Case number *(if known)* 15-13244

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☑ No. Go to line 35.
☐ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| _____ | _____ | $_____ | ÷ 60 = | $_____ |
| _____ | _____ | $_____ | ÷ 60 = | $_____ |
| _____ | _____ | $_____ | ÷ 60 = + | $_____ |
| | | Total | $ **0.00** | Copy total here ➔ $ _**0.00**_ |

35. **Do you owe any priority claims—such as a priority tax, child support, or alimony—that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☐ No. Go to line 36.
☑ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims. ......................................... $___**4,507.80** ÷ 60 $__**75.13**

36. **Projected monthly Chapter 13 plan payment**    $_____

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).

    x _____

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

Average monthly administrative expense    $_____  Copy total here ➔ $_____

37. **Add all of the deductions for debt payment.** Add lines 33g through 36.    $_**1,225.65**_

## Total Deductions from Income

38. **Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances*........................ $ ___**5,251.47**

Copy line 32, *All of the additional expense deductions*........................................ $ ___**489.96**

Copy line 37, *All of the deductions for debt payment*........................................ + $ ___**1,225.65**

Total deductions    $ ___**6,967.08**  Copy total here ➔  $ _**6,967.08**_

| Debtor 1 | __Jeff Gordon Hood__ | | Case number *(if known)* 15-13244 |
|---|---|---|---|
| | First Name    Middle Name | Last Name | |

## Part 2:    Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2)

39. Copy your total current monthly income from line 14 of Form 22C-1, *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period.*    $ 6,479.46

40. **Fill in any reasonably necessary income you receive for support for dependent children.** The monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I of Form 22C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child.    $ 0.00

41. **Fill in all qualified retirement deductions.** The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified in 11 U.S.C. § 362(b)(19).    $ 73.94

42. **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).** Copy line 38 here ➡ $ 6,967.08

43. **Deduction for special circumstances.** If special circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses.

| Describe the special circumstances | Amount of expense |
|---|---|
| 43a. __Attorney Fee__ | $ 53.33 |
| 43b. _____ | $ _____ |
| 43c. _____ | + $ _____ |
| 43d. **Total.** Add lines 43a through 43c | $ 53.33   Copy 43d here ➡ + $ 53.33 |

44. **Total adjustments.** Add lines 40 and 43d.    ➡ $ 7,094.35   Copy total here ➡ − $ 7,094.35

45. **Calculate your monthly disposable income under § 1325(b)(2).** Subtract line 44 from line 39.    $ -614.89

## Part 3:    Change in Income or Expenses

46. **Change in income or expenses.** If the income in Form 22C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below. For example, if the wages reported increased after you filed your petition, check 22C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|---|---|---|---|---|---|
| ☐ 22C–1 ☐ 22C–2 | ____ | _____ | _____ | ☐ Increase ☐ Decrease | $ _____ |
| ☐ 22C–1 ☐ 22C–2 | ____ | _____ | _____ | ☐ Increase ☐ Decrease | $ _____ |
| ☐ 22C–1 ☐ 22C–2 | ____ | _____ | _____ | ☐ Increase ☐ Decrease | $ _____ |
| ☐ 22C–1 ☐ 22C–2 | ____ | _____ | _____ | ☐ Increase ☐ Decrease | $ _____ |

Debtor 1 __Jeff Gordon Hood_____   Case number (*if known*) **15-13244**_____
First Name        Middle Name        Last Name

| Part 4: | Sign Below |
|---------|------------|

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.


✖ ___/s/ Jeff Gordon Hood_____        ✖ ___/s/ Jennifer Jean Hood_____
    Signature of Debtor 1                                        Signature of Debtor 2


    Date **September 28, 2015**                            Date **September 28, 2015**
       MM / DD / YYYY                                      MM / DD / YYYY

B6 Summary (Official Form 6 - Summary) (12/14)

**United States Bankruptcy Court**
**Northern District of Mississippi**

IN RE:                                                                    Case No. __15-13244__

__Hood, Jeff Gordon & Hood, Jennifer Jean__                       Chapter __13__
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $       130,000.00 | | |
| B - Personal Property | Yes | 3 | $        16,035.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $       148,994.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $         4,507.91 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | $       150,842.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $         4,427.33 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $         3,305.00 |
| TOTAL | | 42 | $       146,035.00 | $       304,344.76 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 6 Summary (Official Form 6 - Summary) (12/14)

**United States Bankruptcy Court**
**Northern District of Mississippi**

IN RE:                                                          Case No. **15-13244**

Hood, Jeff Gordon & Hood, Jennifer Jean                          Chapter **13**
_____
Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 4,507.91 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 77,027.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 81,534.91 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 4,427.33 |
| Average Expenses (from Schedule J, Line 22) | $ 3,305.00 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ 6,479.46 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 7,861.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 4,507.91 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 150,842.85 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 158,703.85 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean**                                    Case No. **15-13244**
_____                                    _____
Debtor(s)                                                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **residence**<br>**6702 Casey Cove**<br>**Walls, MS  38680** | **mortgage** | **J** | **130,000.00** | **128,623.00** |
| | | **TOTAL** | **130,000.00** | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean**                                      Case No. **15-13244**
_____                        _____
Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **FedEX Credit Union** | J | 25.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods** | J | 3,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Wearing apparel** | J | 500.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean**                    Case No. **15-13244**

Debtor(s)                                                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 GMC Acadia** | J | **12,510.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE  **Hood, Jeff Gordon & Hood, Jennifer Jean**                                    Case No. **15-13244**
_____                  _____
Debtor(s)                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **16,035.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____  **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean**                                      Case No. **15-13244**
                          Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                   ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **residence** **6702 Casey Cove** **Walls, MS  38680** | **11 USC § 522(d)(1)** | **1,377.00** | **130,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Household goods** | **11 USC § 522(d)(3)** | **3,000.00** | **3,000.00** |
| **Wearing apparel** | **11 USC § 522(d)(3)** | **500.00** | **500.00** |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean**
_____
Debtor(s)

Case No. **15-13244**
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8701** <br><br>**Drive Time** <br>**1800 N Colorado St** <br>**Gilbert, AZ  85233** | | | **INSTALLMENT ACCOUNT OPENED 6/2015** <br><br><br> VALUE $ **12,510.00** | | | | 20,371.00 | 7,861.00 |
| ACCOUNT NO. **1352** <br><br>**Wells Fargo Hm Mortgag** <br>**7255 Baymeadows Wa** <br>**Des Moines, IA  50306** | | H | **MORTGAGE ACCOUNT OPENED 10/2002 residence** <br><br><br> VALUE $ **130,000.00** | | | | 128,623.00 | |
| ACCOUNT NO. <br><br>**Shapiro & Massey, LLC** <br>**1080 River Oaks Drive, Suite B-202** <br>**Flowood, MS  39232** | | | Assignee or other notification for: <br>**Wells Fargo Hm Mortgag** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br> VALUE $ | | | | | |

_____ **0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br>(Total of this page) | $ 148,994.00 | $ 7,861.00 |
| Total <br>(Use only on last page) | $ 148,994.00 | $ 7,861.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean**                                    Case No. **15-13244**
_____                                                    _____
Debtor(s)                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE <u>Hood, Jeff Gordon & Hood, Jennifer Jean</u>                                        Case No. <u>15-13244</u>
                                    Debtor(s)                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA  19114** | | J | | | | | **4,507.91** | **4,507.91** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Totals of this page) | $ **4,507.91** | $ **4,507.91** | $ |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **4,507.91** | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **4,507.91** | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE <u>Hood, Jeff Gordon & Hood, Jennifer Jean</u>                                    Case No. <u>15-13244</u>
        Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Accounts Receivable Mangement Servces**<br>**P.O. Box 638**<br>**Paris, TN  38242** | | J | **collection for BMH-Collierville** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Alcoa Billing Center**<br>**3429 Regal Dr.**<br>**Alcoa, TN  37701** | | J | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Allied Interstate, Inc.**<br>**P.O. Box 4000**<br>**Warrenton, VA  20188** | | J | **collection for Fifth Third Bank** | | | | **0.00** |
| ACCOUNT NO.<br><br>**AMCA Collection Agency**<br>**P.O. Box 1235**<br>**Elmsford, NY  10523-0935** | | J | **collection for Labortory Corp of America** | | | | **0.00** |

<u>**25**</u> continuation sheets attached

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean**                    Case No. **15-13244**
_____                    _____
Debtor(s)                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4472**<br>**Arco Coll Sv**<br>**5705 Stage Road**<br>**Bartlett, TN  38134** | | W | OPEN ACCOUNT OPENED 0/ collection for Delta Medical Ctr, | | | | 100.00 |
| ACCOUNT NO.<br>**Baptist Heallth Lexington**<br>**P.O. Box 69**<br>**Nashport, OH  43830-0690** | | J | | | | | 0.00 |
| ACCOUNT NO.<br>**Baptist Memorial Hospital**<br>**P.O. Box 144**<br>**Memphis, TN  38101** | | J | | | | | 0.00 |
| ACCOUNT NO.<br>**Baptist Memorial Hospital Desote**<br>**P.O. Box 638**<br>**Paris, TN  38242-0638** | | J | | | | | 0.00 |
| ACCOUNT NO. **7494**<br>**Baptist Physicans Surgery**<br>**P.O. Box 910966**<br>**Lexington, KY  40591-0966** | | J | | | | | 625.29 |
| ACCOUNT NO.<br>**Blue Grass Regional Imaging**<br>**1218 South Broadway, Ste. 310**<br>**Lexington, KY  40504** | | J | | | | | 50.74 |
| ACCOUNT NO.<br>**BMH-Desoto**<br>**P.O. Box 415000**<br>**Nashville, TN  37241-5000** | | J | | | | | 0.00 |

Sheet no. ____**1**____ of ____**25**____ continuation sheets attached to                    Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                    (Total of this page) $   **776.03**

                                                                             Total
                                        (Use only on last page of the completed Schedule F. Report also on
                                        the Summary of Schedules, and if applicable, on the Statistical
                                        Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Hood, Jeff Gordon & Hood, Jennifer Jean</u>                    Case No. <u>15-13244</u>
                                          Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Bruce Denney, DDS** <br> **7125 Getwell Rd. S., Ste. 102** <br> **Southaven, MS  38672** | | J | | | | | **0.00** |
| ACCOUNT NO. <br> **Campbell Clinic** <br> **1400 South Germantown Rd** <br> **Germantown, TN  38138** | | J | | | | | **0.00** |
| ACCOUNT NO. **1554** <br> **Cash Advance America** <br> **1750 Goodman Rd., Ste. 200** <br> **Horn Lake, MS  38637** | | J | | | | | **180.00** |
| ACCOUNT NO. **4282** <br> **Cbs Col Lex** <br> **2541 Sir Barton Wa** <br> **Lexington, KY  40578** | | W | **OPEN ACCOUNT OPENED 0/** <br> **collection for Baptist Health Lexington 22** | | | | **1,276.00** |
| ACCOUNT NO. **4044** <br> **Cbs Col Lex** <br> **2541 Sir Barton Wa** <br> **Lexington, KY  40578** | | W | **OPEN ACCOUNT OPENED 0/** | | | | **1,185.00** |
| ACCOUNT NO. **4283** <br> **Cbs Col Lex** <br> **2541 Sir Barton Wa** <br> **Lexington, KY  40578** | | W | **OPEN ACCOUNT OPENED 0/** | | | | **959.00** |
| ACCOUNT NO. **2595** <br> **Cbs Col Lex** <br> **2541 Sir Barton Wa** <br> **Lexington, KY  40578** | | W | **OPEN ACCOUNT OPENED 0/** | | | | **278.00** |

Sheet no. __**2**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **3,878.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean**                    Case No. **15-13244**
_____                         _____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7715**<br>**Cbs Col Lex**<br>**2541 Sir Barton Wa**<br>**Lexington, KY 40578** | | H | **OPEN ACCOUNT OPENED 0/** | | | | **259.00** |
| ACCOUNT NO. **0736**<br>**Cbs Col Lex**<br>**2541 Sir Barton Wa**<br>**Lexington, KY 40578** | | W | **OPEN ACCOUNT OPENED 0/** | | | | **254.00** |
| ACCOUNT NO. **9244**<br>**Cbs Col Lex**<br>**2541 Sir Barton Wa**<br>**Lexington, KY 40578** | | W | **OPEN ACCOUNT OPENED 0/**<br>**collection for Baptist Physicans Lex Allsc** | | | | **211.00** |
| ACCOUNT NO. **1944**<br>**Cbs Col Lex**<br>**2541 Sir Barton Wa**<br>**Lexington, KY 40578** | | W | **OPEN ACCOUNT OPENED 0/** | | | | **178.00** |
| ACCOUNT NO. **8480**<br>**Cbs Col Lex**<br>**2541 Sir Barton Wa**<br>**Lexington, KY 40578** | | W | **OPEN ACCOUNT OPENED 0/** | | | | **168.00** |
| ACCOUNT NO. **3796**<br>**Central Financial Control**<br>**P.O. Box 66044**<br>**Anaheim, CA 92816-6044** | | J | | | | | **415.76** |
| ACCOUNT NO. **3796**<br>**Central Finl Control**<br>**Po Box 66044**<br>**Anaheim, CA 92816** | | W | **OPEN ACCOUNT OPENED 3/2013**<br>**collection for Saint Francis Hospital** | | | | **415.00** |

Sheet no. **3** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,900.76**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean**                    Case No. **15-13244**
_____                    _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Central Kentucky Anesthesia**<br>**425 Lewis Hargett Circle**<br>**Lexington, KY  40503** | | J | | | | | **0.00** |
| ACCOUNT NO.<br>**Central Kentucky Mgmt. Services**<br>**Lockbox 951336**<br>**Cleveland, OH  44193** | | J | | | | | **0.00** |
| ACCOUNT NO.<br>**Check N Go**<br>**362 Stateline Road W.**<br>**Southaven, MS  38671** | | J | | | | | **0.00** |
| ACCOUNT NO.<br>**Chipps, Caffrey And Dubilier,**<br>**290 Big Run Rd.**<br>**Lexington, KY  40503-2903** | | J | | | | | **0.00** |
| ACCOUNT NO. **9573**<br>**Cmre. 877-572-7555**<br>**3075 E Imperial Hwy Ste**<br>**Brea, CA  92821** | | W | **OPEN ACCOUNT OPENED 6/2011** | | | | **373.00** |
| ACCOUNT NO. **5076**<br>**Cmre. 877-572-7555**<br>**3075 E Imperial Hwy Ste**<br>**Brea, CA  92821** | | W | **OPEN ACCOUNT OPENED 1/2012** | | | | **550.00** |
| ACCOUNT NO. **3429**<br>**Cmre. 877-572-7555**<br>**3075 E Imperial Hwy Ste**<br>**Brea, CA  92821** | | W | **OPEN ACCOUNT OPENED 6/2011** | | | | **550.00** |

Sheet no. ___**4**___ of ___**25**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,473.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean** _____ Case No. **15-13244**
_____Debtor(s)_____                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4316** <br><br> **Cmre. 877-572-7555** <br> **3075 E Imperial Hwy Ste** <br> **Brea, CA  92821** | | W | **OPEN ACCOUNT OPENED 3/2011** | | | | **373.00** |
| ACCOUNT NO. <br><br> **Comcast** <br> **P.O. Box 105184** <br> **Atlanta, GA  30348** | | J | | | | | **0.00** |
| ACCOUNT NO. **6850** <br><br> **Cons Rec Sys** <br> **2650 Thousand Oaks** <br> **Memphis, TN  38118** | | H | **OPEN ACCOUNT OPENED 0/** <br> **collection for Methodist Healthcare** | | | | **241.00** |
| ACCOUNT NO. <br><br> **Consolidated Recovery System** <br> **P.O. Box 1719** <br> **Memphis, TN  38101** | | J | **collection for Methodist** | | | | **0.00** |
| ACCOUNT NO. <br><br> **Convenient Care Clinic** <br> **P.O. Box 671478** <br> **Dallas, TX  75267** | | J | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Convenient Care Clinic** <br> **P.O. Box 671478** <br> **Dallas, TX  75267** | | J | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Convergent** <br> **P.O. Box 9004** <br> **Renton, WA  98057** | | J | **collectionf or REgions Bank** | | | | **0.00** |

Sheet no. **5** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **614.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE  Hood, Jeff Gordon & Hood, Jennifer Jean                          Case No. 15-13244
_____                          _____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Credit Bureau Centre<br>604 West Broadway<br>West Plains, MO  65775-2641** | | J | collection for Dr. Evan Wood | | | | 0.00 |
| ACCOUNT NO. **0846**<br>**Credit Coll<br>Po Box 9134<br>Needham, MA  02494** | | H | **OPEN ACCOUNT OPENED 0/**<br>collection for Victoria Fire Casulty | | | | 118.00 |
| ACCOUNT NO. **8045**<br>**Credit Coll<br>Po Box 9134<br>Needham, MA  02494** | | H | **OPEN ACCOUNT OPENED 0/**<br>collection for Progressive Insurance Co. | | | | 216.00 |
| ACCOUNT NO.<br>**Credit Collection Services<br>Two Wells Avenue<br>Newton, MA  02459** | | J | colection for AT&T | | | | 0.00 |
| ACCOUNT NO. **6038**<br>**Credit Management Lp<br>4200 International Pkwy<br>Carrollton, TX  75007** | | W | **OPEN ACCOUNT OPENED 2/2014**<br>collection for Comcast Memphis | | | | 381.00 |
| ACCOUNT NO. **2117**<br>**Credit Protection Asso<br>One Galleria Tower<br>Dallas, TX  75240** | | W | **OPEN ACCOUNT OPENED 11/2014**<br>collection for Kentucky Utilities | | | | 805.00 |
| ACCOUNT NO.<br>**Dermatology East<br>1335 Cordova CV<br>Germantown, TN  38138-2200** | | J | | | | | 0.00 |

Sheet no. ___**6**___ of ___**25**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **1,520.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hood, Jeff Gordon & Hood, Jennifer Jean
_____
Debtor(s)

Case No. 15-13244
_____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Desoto Ear Nose And Throat** <br> **5960 Getwell Rd Ste 212 D** <br> **Southaven, MS  38672** | J | | | | | | 0.00 |
| ACCOUNT NO. **7051** <br> **Dynamic Rec** <br> **2775 Villa Creek** <br> **Dallas, TX  75234** | H | | **OPEN ACCOUNT OPENED 0/** <br> **collection for Atmos Energy** | | | | 211.00 |
| ACCOUNT NO. <br> **East Memphis Anesthesia Services** <br> **P.O. Box 171181** <br> **Memphis, TN  38187** | J | | | | | | 0.00 |
| ACCOUNT NO. **0001** <br> **Ecmc** <br> **1 Imation Pl** <br> **Oakdale, MN  55128** | W | | **OPEN ACCOUNT OPENED 11/2014** <br> **COLLECTION FOR us bANK elt aFFINITY dlR** | | | | 48,178.00 |
| ACCOUNT NO. **2118** <br> **Endoscopy Ctr Of The Mid South** <br> **3960 Knight Arnold Rd.M, Ste. 117** <br> **Memphis, TN  38118-3035** | J | | | | | | 95.70 |
| ACCOUNT NO. **2808** <br> **Eos Cca** <br> **Po Box 981025** <br> **Boston, MA  02298** | H | | **OPEN ACCOUNT OPENED 0/** <br> **collection for Time Warner Cable** | | | | 268.00 |
| ACCOUNT NO. <br> **EOS CCA** <br> **P.O. Box 169** <br> **Norwell, MA  02061-0169** | J | | | | | | 0.00 |

Sheet no. ___**7**___ of ___**25**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 48,752.70

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Hood, Jeff Gordon & Hood, Jennifer Jean</u>                    Case No. <u>15-13244</u>
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8363**<br>**Family Medical Clinic Of North Miss**<br>**3451 Goodman Rd., E. Ste. 115**<br>**Southaven, MS  38672** | | J | | | | | **42.36** |
| ACCOUNT NO.<br>**First Chase**<br>**7954 Tunsit Rd., #304**<br>**Williamsville, NY  14221** | | J | | | | | **0.00** |
| ACCOUNT NO.<br>**First National Collection Bureau**<br>**P.O. Box 1259**<br>**Oaks, PA  19456** | | J | **collection for First Premier Bank** | | | | **0.00** |
| ACCOUNT NO. **6993**<br>**First Premier Bank**<br>**3820 N Louise Ave**<br>**Sioux Falls, SD  57107** | | H | **REVOLVING ACCOUNT OPENED 1/2010** | | | | **416.00** |
| ACCOUNT NO. **1530**<br>**First Premier Bank**<br>**3820 N Louise Ave**<br>**Sioux Falls, SD  57107** | | W | **REVOLVING ACCOUNT OPENED 7/2009** | | | | **406.00** |
| ACCOUNT NO.<br>**Francis Fenaughty, MD**<br>**8010 Stage Hills Blvd.**<br>**Bartlett, TN  38184** | | J | | | | | **0.00** |
| ACCOUNT NO.<br>**Frost Arnett Co.**<br>**P.O. Box 198988**<br>**Nashville, TN  37219-8988** | | J | **collection for Duckworth Pathology** | | | | **0.00** |

Sheet no. _____**8**___ of ___**25**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **864.36**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE  Hood, Jeff Gordon & Hood, Jennifer Jean                    Case No.  15-13244
_____                    _____
Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Georgetown Community Hospital** <br> P.O. Box 742755 <br> Atlanta, GA 30374 | | J | | | | | 0.00 |
| ACCOUNT NO. 0002 <br> **Georgetown Pediatrics PSC** <br> 1162 Lexington Rd. <br> Georgetown, KY 40324-9390 | | J | | | | | 0.00 |
| ACCOUNT NO. 7610 <br> **Gla Collection Co Inc** <br> 2630 Gleeson Ln <br> Louisville, KY 40299 | | W | **OPEN ACCOUNT OPENED 9/2013** <br> collection for Baptist Physicians Surgery Ctr. | | | | 625.00 |
| ACCOUNT NO. 0441 <br> **Gla Collection Co Inc** <br> 2630 Gleeson Ln <br> Louisville, KY 40299 | | W | **OPEN ACCOUNT OPENED 10/2014** <br> collection for bapitst Anesthesia | | | | 850.00 |
| ACCOUNT NO. 8941 <br> **Gla Collection Co Inc** <br> 2630 Gleeson Ln <br> Louisville, KY 40299 | | W | **OPEN ACCOUNT OPENED 5/2014** <br> collection for Central KY Radiology | | | | 30.00 |
| ACCOUNT NO. 4793 <br> **Gla Collection Co Inc** <br> 2630 Gleeson Ln <br> Louisville, KY 40299 | | W | **OPEN ACCOUNT OPENED 7/2013** <br> collection for Central KY Anesthesia PSC | | | | 172.00 |
| ACCOUNT NO. 6064 <br> **Gla Collection Co Inc** <br> 2630 Gleeson Ln <br> Louisville, KY 40299 | | W | **OPEN ACCOUNT OPENED 8/2013** <br> collection for Bluegrass Reg Imaging | | | | 50.00 |

Sheet no. __9__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,727.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hood, Jeff Gordon & Hood, Jennifer Jean                              Case No. 15-13244
_____                                    _____
                    Debtor(s)                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9127** <br><br> **Gla Collection Co Inc** <br> **2630 Gleeson Ln** <br> **Louisville, KY  40299** | | W | **OPEN ACCOUNT OPENED 2/2014** <br> **collection for Chipps Caffrey Dubilier PSC** | | | | **48.00** |
| ACCOUNT NO. **4382** <br><br> **Gla Collection Co Inc** <br> **2630 Gleeson Ln** <br> **Louisville, KY  40299** | | H | **OPEN ACCOUNT OPENED 12/2013** <br> **collection for St. Joseph Phy-allscripts** | | | | **47.00** |
| ACCOUNT NO. **9079** <br><br> **Gla Collection Co Inc** <br> **2630 Gleeson Ln** <br> **Louisville, KY  40299** | | W | **OPEN ACCOUNT OPENED 2/2015** | | | | **41.00** |
| ACCOUNT NO. **0912** <br><br> **Gm Financial** <br> **Po Box 181145** <br> **Arlington, TX  76096** | | H | **INSTALLMENT ACCOUNT OPENED 8/2012** <br> **Reposession** | | | | **15,739.00** |
| ACCOUNT NO. **8204** <br><br> **Harvard Coll** <br> **4839 N Elston Ave** <br> **Chicago, IL  60630** | | H | **OPEN ACCOUNT OPENED 0/** <br> **collection for Sprint** | | | | **370.00** |
| ACCOUNT NO. <br><br> **Harvard Collection Services** <br> **4839 N. Elston Ave.** <br> **Chicago, IL  60630-2534** | | J | **collectionf or Sprint** | | | | **0.00** |
| ACCOUNT NO. <br><br> **Horn Lake Chiropractic Centre, Inc.** <br> **3400 Goodman Rd.** <br> **Horn Lake, MS  38637-1174** | | J | | | | | **18.63** |

Sheet no. __10__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)    $ **16,263.63**

Total <br> (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hood, Jeff Gordon & Hood, Jennifer Jean                                    Case No. 15-13244
_____                                          _____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**HRRG**<br>**P.O. Box 189053**<br>**Plantation, FL  33318** | | J | collection for Physican Services | | | | 0.00 |
| ACCOUNT NO. **8381**<br>**Ic Systems Inc**<br>**Po Box 64378**<br>**Saint Paul, MN  55164** | | W | **OPEN ACCOUNT OPENED 8/2014**<br>**collection for Pediatrix Medical Group** | | | | 981.00 |
| ACCOUNT NO.<br>**J. Harley Barrow, Jr., MD**<br>**628 Hospital Dr., Ste. 2A**<br>**Mountain Home, AR  72653** | | J | | | | | 0.00 |
| ACCOUNT NO.<br>**Kentucky Utilities**<br>**P.O. Box 9037**<br>**Addison, TX  75001-9037** | | J | | | | | 805.17 |
| ACCOUNT NO.<br>**KLS**<br>**P.O. Box 2754**<br>**Spokane, WA  99220-2754** | | J | collection for Saint Joseph Hospital | | | | 0.00 |
| ACCOUNT NO. **9770**<br>**Kriss Pediatric Imaging**<br>**P.O. Box 910670**<br>**Lexington, KY  40591-0670** | | J | | | | | 3.65 |
| ACCOUNT NO.<br>**Labcorp**<br>**P.O. Box 2240**<br>**Burlington, NC  27216-2240** | | J | | | | | 0.00 |

Sheet no. __11__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,789.82**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Hood, Jeff Gordon & Hood, Jennifer Jean</u>                    Case No. <u>15-13244</u>
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2264** <br> **Law Office Of David W. Edwards, PC** <br> P.O. Box 910 <br> Paris, TN  38242-0910 | | J | | | | | 521.13 |
| ACCOUNT NO. <br> **LCA Collections** <br> P.O. Box 2240 <br> Burlington, NC  27216 | | J | collection for Labcorp | | | | 0.00 |
| ACCOUNT NO. <br> **Lexington Cardiology AT Ctr.** <br> P.O. Box 910670 <br> Lexington, KY  40591-0670 | | J | | | | | 0.00 |
| ACCOUNT NO. **7263** <br> **Lexington OBGYN** <br> 1760 NicholasvilleRd., 101 <br> Lexington, KY  40503-1471 | | J | | | | | 1,413.85 |
| ACCOUNT NO. **9661** <br> **Lifetime Family Dental Care** <br> 240 Blossom Park Dr., Ste. 1 <br> Georgetown, KY  40324-8075 | | J | | | | | 253.80 |
| ACCOUNT NO. <br> **Lifetime Family Dental Care** <br> 240 Blossom Park Dr., Suite 1 <br> Georgetown, KY  40324-8075 | | J | | | | | 0.00 |
| ACCOUNT NO. <br> **Main Street Medical Clinic** <br> P.O. Box 578 <br> Harrison, AR  72602-0578 | | J | | | | | 520.00 |

Sheet no. __12__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **2,708.78**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean**                                        Case No. **15-13244**
_____                                       _____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1139** <br> **Marshall Emergency Services** <br> **1792 Alysheba Way, Ste. 150** <br> **Lexington, KY  40509-2285** | | J | | | | | **50.40** |
| ACCOUNT NO. <br> **Marshall Emergency Services** <br> **1792 Alysheba Way, Ste. 150** <br> **Lexington, KY  40509-2285** | | J | | | | | **0.00** |
| ACCOUNT NO. <br> **McCarthy, Burgess & Wolff, Inc.** <br> **26000 Cannon Rd** <br> **Cleveland, OH  44146** | | J | collection for Orkin | | | | **0.00** |
| ACCOUNT NO. **5652** <br> **Medical Finc** <br> **5100 Poplar Ave** <br> **Memphis, TN  38137** | | W | OPEN ACCOUNT OPENED 0/ <br> collection for BMH-desoto | | | | **723.00** |
| ACCOUNT NO. <br> **MedPost Urgent Care-Olive Branch** <br> **P.O. Box 742698** <br> **Atlanta, GA  30374-2698** | | J | | | | | **0.00** |
| ACCOUNT NO. <br> **MedPost Urgent Care-Olive Branch** <br> **P.O. Box 742698** <br> **Atlanta, GA  30374-2698** | | J | | | | | **0.00** |
| ACCOUNT NO. <br> **Mercantile Adjustment Bureau** <br> **P.O. Box 9016** <br> **Williamsville, NY  14231-9016** | | J | collection for rEgional Acceptance | | | | **0.00** |

Sheet no. ___**13**___ of ___**25**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **773.40**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean**                                           Case No. **15-13244**
_____                          _____
                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mericredit**<br>P.O. Box 1629<br>Maryland Heights, MO  63043-0629 | | J | collectionf or GEortown Community Hospital | | | | 0.00 |
| ACCOUNT NO. **4214**<br>**Mesa**<br>P.O. Box 630823<br>Cincinnati, OH  45263-0823 | | J | collection for Georgetown Community Hospital | | | | 35.80 |
| ACCOUNT NO.<br>**Methodist Healthcare**<br>P.O. Box 2279<br>Memphis, TN  38101-2279 | | J | | | | | 0.00 |
| ACCOUNT NO.<br>**Mid South Imaging And Therapeutics**<br>P.O. Box 5083<br>Memphis, TN  38101 | | J | | | | | 0.00 |
| ACCOUNT NO. **2828**<br>**Natl Recover**<br>2491 Paxton Street<br>Harrisburg, PA  17111 | | H | **OPEN ACCOUNT OPENED 0/**<br>collection for Bankplus | | | | 2,783.00 |
| ACCOUNT NO.<br>**NCO Financial Systems, Inc.**<br>P.O. Box 15740<br>Wilmington, DE  19850-5740 | | J | | | | | 0.00 |
| ACCOUNT NO.<br>**NCO Financial Systems, Inc.**<br>PO BOX 4275<br>Norcross, GA  30091 | | J | collection for UMAS | | | | 0.00 |

Sheet no. __**14**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,818.80**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean**                                        Case No. **15-13244**
_____                    _____
           Debtor(s)                                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nicole Payne**<br>**2149 West Stateline Rd.**<br>**Southaven, MS  38671** | | J | | | | | 0.00 |
| ACCOUNT NO.<br>**Northeast MS Health Care**<br>**12 East Brunswick Ave**<br>**Byhalia, MS  38611** | | J | | | | | 0.00 |
| ACCOUNT NO.<br>**Northeast MS Health Care**<br>**12 East Brunswick Ave**<br>**Byhalia, MS  38611** | | J | | | | | 0.00 |
| ACCOUNT NO.<br>**Northeast MS Health Care, Inc.**<br>**12 East Brunswick**<br>**Byhalia, MS  38611-9998** | | J | | | | | 0.00 |
| ACCOUNT NO.<br>**NPAS Solutions, LLC**<br>**P.O. Box 2248**<br>**Maryland Heights, MO  63043-1048** | | J | collection  for georgetown Community Hospital | | | | 0.00 |
| ACCOUNT NO.<br>**Ozark Pathology**<br>**P.O. Box 310**<br>**Mountain Home, AR  72654-0310** | | J | | | | | 0.00 |
| ACCOUNT NO.<br>**Pathgroup**<br>**P.O., Box 530310**<br>**Atlanta, GA  30353-0310** | | J | | | | | 0.00 |

Sheet no. **15** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean**                     Case No. **15-13244**
_____                         _____
                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Pediatri Emergency Specialists**<br>**5885 Aiurline Rd. #1011**<br>**Arlington, TN  38002** | | J | | | | | 0.00 |
| ACCOUNT NO.<br>**PennCredit**<br>**P.O. Box 988**<br>**Harrisburg, PA  17108-0988** | | J | COLLECTIONF OR h&r bLOCK | | | | 0.00 |
| ACCOUNT NO.<br>**Physician Billing Service**<br>**P.O. Box 116652**<br>**Atlanta, GA  30368-6652** | | J | | | | | 0.00 |
| ACCOUNT NO. **0968**<br>**Premier Gastroenterlogy**<br>**P.O. Box 40895**<br>**Memphis, TN  38174-0895** | | J | | | | | 304.37 |
| ACCOUNT NO. **9316**<br>**Profcrjonsbo**<br>**Po Box 1629**<br>**Maryland Heights, MO  63043** | | W | OPEN ACCOUNT OPENED 0/<br>collection for Baxter rEgional Ctr | | | | 200.00 |
| ACCOUNT NO. **5032**<br>**Professional Cr Mgmt**<br>**Po Box 1629**<br>**Maryland Heights, MO  63043** | | W | OPEN ACCOUNT OPENED 2/2013 | | | | 226.00 |
| ACCOUNT NO. **7223**<br>**Professional Cr Mgmt**<br>**Po Box 1629**<br>**Maryland Heights, MO  63043** | | W | OPEN ACCOUNT OPENED 3/2011<br>collection for Preferred Medical Assoc | | | | 218.00 |

Sheet no. ___**16**___ of ___**25**___ continuation sheets attached to                              Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)  $   948.37

                                                                                        Total
                                   (Use only on last page of the completed Schedule F. Report also on
                                    the Summary of Schedules, and if applicable, on the Statistical
                                    Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean**                    Case No. **15-13244**
_____                    _____
            Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2979** <br><br>**Professional Cr Mgmt**<br>**Po Box 1629**<br>**Maryland Heights, MO  63043** | | W | **OPEN ACCOUNT OPENED 6/2012**<br>**collection for physical Therapy Specialists** | | | | 217.00 |
| ACCOUNT NO. **3620** <br><br>**Professional Cr Mgmt**<br>**Po Box 1629**<br>**Maryland Heights, MO  63043** | | W | **OPEN ACCOUNT OPENED 3/2011** | | | | 166.00 |
| ACCOUNT NO. **8613** <br><br>**Professional Cr Mgmt**<br>**Po Box 1629**<br>**Maryland Heights, MO  63043** | | W | **OPEN ACCOUNT OPENED 8/2009**<br>**collection for Baxter Reg Orthopedic Clinic** | | | | 134.00 |
| ACCOUNT NO. **3733** <br><br>**Professional Cr Mgmt**<br>**Po Box 1629**<br>**Maryland Heights, MO  63043** | | W | **OPEN ACCOUNT OPENED 3/2011** | | | | 112.00 |
| ACCOUNT NO. **2317** <br><br>**Professional Cr Mgmt**<br>**Po Box 1629**<br>**Maryland Heights, MO  63043** | | W | **OPEN ACCOUNT OPENED 10/2009**<br>**collection for North Arkansas Radiology Assoc** | | | | 49.00 |
| ACCOUNT NO. **9156** <br><br>**Professional Cr Mgmt**<br>**Po Box 1629**<br>**Maryland Heights, MO  63043** | | W | **OPEN ACCOUNT OPENED 9/2010**<br>**collection for Lincoln Alexander Godfrey** | | | | 37.00 |
| ACCOUNT NO. **6829** <br><br>**Professional Cr Mgmt**<br>**Po Box 1629**<br>**Maryland Heights, MO  63043** | | H | **OPEN ACCOUNT OPENED 1/2012**<br>**collectionf or Delta Medical Anesthesia** | | | | 36.00 |

Sheet no. __**17**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 751.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hood, Jeff Gordon & Hood, Jennifer Jean                                    Case No. 15-13244
_____                                         _____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9459**<br>Professional Cr Mgmt<br>Po Box 1629<br>Maryland Heights, MO 63043 | | W | OPEN ACCOUNT OPENED 1/2012<br>collection for North Arkansas radiology Assoc | | | | 34.00 |
| ACCOUNT NO. **4447**<br>Professional Cr Mgmt<br>Po Box 1629<br>Maryland Heights, MO 63043 | | W | OPEN ACCOUNT OPENED 4/2012<br>collection for J Harley Barrow MD | | | | 100.00 |
| ACCOUNT NO. **7383**<br>Professional Cr Mgmt<br>Po Box 1629<br>Maryland Heights, MO 63043 | | W | OPEN ACCOUNT OPENED 7/2012<br>collection for Twin Lakes Med Specialist | | | | 70.00 |
| ACCOUNT NO. **7925**<br>Professional Cr Mgmt<br>Po Box 1629<br>Maryland Heights, MO 63043 | | W | OPEN ACCOUNT OPENED 2/2011 | | | | 66.00 |
| ACCOUNT NO. **4461**<br>Professional Cr Mgmt<br>Po Box 1629<br>Maryland Heights, MO 63043 | | W | OPEN ACCOUNT OPENED 4/2011 | | | | 50.00 |
| ACCOUNT NO. **1008**<br>Professional Cr Mgmt<br>Po Box 1629<br>Maryland Heights, MO 63043 | | W | OPEN ACCOUNT OPENED 11/2011 | | | | 32.00 |
| ACCOUNT NO. **0370**<br>Professional Cr Mgmt<br>Po Box 1629<br>Maryland Heights, MO 63043 | | W | OPEN ACCOUNT OPENED 6/2010 | | | | 30.00 |

Sheet no. __18__ of __25__ continuation sheets attached to                    Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims              (Total of this page) $    382.00

                                                                                  Total
                                        (Use only on last page of the completed Schedule F. Report also on
                                          the Summary of Schedules, and if applicable, on the Statistical
                                         Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean**                                    Case No. **15-13244**
_____                          _____
                        Debtor(s)                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5980** <br> **Professional Cr Mgmt** <br> **Po Box 1629** <br> **Maryland Heights, MO  63043** | | W | **OPEN ACCOUNT OPENED 4/2011** <br> **COLLECTION FOR ReGIONAL mEDICAL cENTER** | | | | **3,210.00** |
| ACCOUNT NO. **4225** <br> **Professional Cr Mgmt** <br> **Po Box 1629** <br> **Maryland Heights, MO  63043** | | W | **OPEN ACCOUNT OPENED 9/2010** <br> **collection for Ozarks Medical Ctr.** | | | | **2,094.00** |
| ACCOUNT NO. **3285** <br> **Professional Cr Mgmt** <br> **Po Box 1629** <br> **Maryland Heights, MO  63043** | | W | **OPEN ACCOUNT OPENED 11/2010** <br> **collection for Burnett Croom Linocln Paden** | | | | **1,805.00** |
| ACCOUNT NO. **0051** <br> **Professional Cr Mgmt** <br> **Po Box 1629** <br> **Maryland Heights, MO  63043** | | W | **OPEN ACCOUNT OPENED 4/2011** | | | | **1,721.00** |
| ACCOUNT NO. **4721** <br> **Professional Cr Mgmt** <br> **Po Box 1629** <br> **Maryland Heights, MO  63043** | | W | **OPEN ACCOUNT OPENED 3/2011** <br> **collection for Cariovascular Associ of NC Ark** | | | | **352.00** |
| ACCOUNT NO. **8901** <br> **Professional Cr Mgmt** <br> **Po Box 1629** <br> **Maryland Heights, MO  63043** | | W | **OPEN ACCOUNT OPENED 11/2010** <br> **collectionb for Ozark Pathology Assoc** | | | | **336.00** |
| ACCOUNT NO. **6013** <br> **Professional Cr Mgmt** <br> **Po Box 1629** <br> **Maryland Heights, MO  63043** | | W | **OPEN ACCOUNT OPENED 8/2010** | | | | **333.00** |

Sheet no. __**19**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **9,851.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hood, Jeff Gordon & Hood, Jennifer Jean _____     Case No. **15-13244**
                               Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7941**<br><br>**Professional Cr Mgmt**<br>**Po Box 1629**<br>**Maryland Heights, MO  63043** | | W | **OPEN ACCOUNT OPENED 5/2011** | | | | **650.00** |
| ACCOUNT NO. **9130**<br><br>**Professional Cr Mgmt**<br>**Po Box 1629**<br>**Maryland Heights, MO  63043** | | W | **OPEN ACCOUNT OPENED 2/2012**<br>**collection for WRMS Clinic** | | | | **565.00** |
| ACCOUNT NO. **2308**<br><br>**Professional Cr Mgmt**<br>**Po Box 1629**<br>**Maryland Heights, MO  63043** | | W | **OPEN ACCOUNT OPENED 10/2011**<br>**collection for Main Street Medical Clinic** | | | | **520.00** |
| ACCOUNT NO. **6560**<br><br>**Professional Cr Mgmt**<br>**Po Box 1629**<br>**Maryland Heights, MO  63043** | | W | **OPEN ACCOUNT OPENED 8/2011**<br>**collection for Ozark Pathology** | | | | **469.00** |
| ACCOUNT NO. **4393**<br><br>**Professional Cr Mgmt**<br>**Po Box 1629**<br>**Maryland Heights, MO  63043** | | W | **OPEN ACCOUNT OPENED 2/2012**<br>**collection for Radiology Assoc North AR** | | | | **424.00** |
| ACCOUNT NO. **4701**<br><br>**Regional Acceptance Co**<br>**5425 Robin Road**<br>**Norfolk, VA  23513** | | H | **INSTALLMENT ACCOUNT OPENED 1/2008**<br>**Repossession** | | | | **17,762.00** |
| ACCOUNT NO.<br><br>**Retrieval Masters Creditors Bureau**<br>**4 Westchester Plaza, Ste. 110**<br>**Elmsford, NY  10523** | | J | **collection for Laboratory Corp of America** | | | | **0.00** |

Sheet no. ___**20**___ of ___**25**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                               Subtotal                          
(Total of this page) $ **20,390.00**

                      Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Hood, Jeff Gordon & Hood, Jennifer Jean</u>                                   Case No. <u>15-13244</u>
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7892**<br>**Revenue Recovery Corp**<br>**612 Gay St**<br>**Knoxville, TN 37902** | | W | **OPEN ACCOUNT OPENED 3/2013**<br>**collection for Collierville ER** | | | | **955.00** |
| ACCOUNT NO. **1355**<br>**Revenue Recovery Corp**<br>**612 Gay St**<br>**Knoxville, TN 37902** | | W | **OPEN ACCOUNT OPENED 6/2013**<br>**collection for Collierville ER** | | | | **641.00** |
| ACCOUNT NO.<br>**Saint Francis Hospital**<br>**P.O. Box 741274**<br>**Atlanta, GA 30374-1274** | | J | | | | | **0.00** |
| ACCOUNT NO. **4372**<br>**Sca Cred Svc**<br>**1502 Williamson Ro**<br>**Roanoke, VA 24012** | | W | **OPEN ACCOUNT OPENED 0/**<br>**collection for Univ KY Albert B. Chander HO** | | | | **313.00** |
| ACCOUNT NO. **7403**<br>**Se Fincl Svs**<br>**475 E South Street**<br>**Collierville, TN 38017** | | H | **OPEN ACCOUNT OPENED 0/**<br>**collection for DR Tariq Khan** | | | | **304.00** |
| ACCOUNT NO. **8628**<br>**Semmes Murphey Clinic**<br>**P.O. Box 1000, Dept. 575**<br>**Memphis, TN 38148-0001** | | J | | | | | **119.41** |
| ACCOUNT NO.<br>**Semmes-Murphey Clinic**<br>**P.O. Box 1000, Dept. 575**<br>**Memphis, TN 38148-0001** | | J | | | | | **0.00** |

Sheet no. __**21**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **2,332.41**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean**                    Case No. **15-13244**
_____                 _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Senex Services**<br>**P.O. Box 30516**<br>**Lansing, MI  48909-8016** | | J | | | | | 0.00 |
| ACCOUNT NO.<br>**Stern Cardiovascular Center**<br>**P.O. Box 1000 Dept 984**<br>**Memphis, TN  38148** | | J | | | | | 0.00 |
| ACCOUNT NO.<br>**Tate & Kirlin Associates**<br>**2810 Southampton Rd**<br>**Philadelphia, PA  19154** | | J | | | | | 0.00 |
| ACCOUNT NO.<br>**TCM Inc.**<br>**P.O. Box 1945**<br>**Corinth, MS  38835** | | J | **collection for Family Medical Clinic of N MS** | | | | 0.00 |
| ACCOUNT NO. **1635**<br>**Telerythmics, LLC**<br>**P.O. Box 197**<br>**Memphis, TN  38101-0197** | | J | | | | | 17.00 |
| ACCOUNT NO.<br>**The CBE Group**<br>**P.O. Box 2337**<br>**Waterloo, IA  50704-2337** | | J | **collectionb for UAMS Med Ctr.** | | | | 0.00 |
| ACCOUNT NO.<br>**The Neurosurgical Center**<br>**55 Physcians Lane, Ste. 1**<br>**Southaven, MS  38671** | | J | | | | | 0.00 |

Sheet no. __22__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **17.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Hood, Jeff Gordon & Hood, Jennifer Jean</u>                              Case No. <u>15-13244</u>
                Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Time Warner-Credit Mngt.**<br>**P.O. Box 118288**<br>**Carrollton, TX  75011-8288** | | J | | | | | **660.79** |
| ACCOUNT NO. **9922**<br>**Trident Asset Manageme**<br>**53 Perimeter Ctr E Ste 4**<br>**Atlanta, GA  30346** | | H | **OPEN ACCOUNT OPENED 6/2010**<br>**collection for Resorts Tunica** | | | | **90.00** |
| ACCOUNT NO.<br>**Trinity Billing Solutions**<br>**P.O. Box 1890**<br>**Jonesboro, AR  72403** | | J | | | | | **0.00** |
| ACCOUNT NO. **4531**<br>**Twin Lake Medical Speicialists**<br>**628 Hospital Dr. Ground Floor, Ste. A**<br>**Mountain Home, AR  72653** | | J | | | | | **0.00** |
| ACCOUNT NO. **7777**<br>**U S Dept Of Ed/gsl/atl**<br>**Po Box 4222**<br>**Iowa City, IA  52244** | | W | **INSTALLMENT ACCOUNT OPENED 8/2011** | | | | **831.00** |
| ACCOUNT NO. **0856**<br>**U S Dept Of Ed/gsl/atl**<br>**Po Box 4222**<br>**Iowa City, IA  52244** | | W | **INSTALLMENT ACCOUNT OPENED 1/2010** | | | | **2,647.00** |
| ACCOUNT NO. **7780**<br>**U S Dept Of Ed/gsl/atl**<br>**Po Box 4222**<br>**Iowa City, IA  52244** | | W | **INSTALLMENT ACCOUNT OPENED 6/2010** | | | | **2,647.00** |

Sheet no. _____ **23** of _____ **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,875.79**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean**                                    Case No. **15-13244**
_____                    _____
                           Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1077**<br>**U S Dept Of Ed/gsl/atl**<br>**Po Box 4222**<br>**Iowa City, IA  52244** | | W | **INSTALLMENT ACCOUNT OPENED 8/2010** | | | | **9,437.00** |
| ACCOUNT NO. **1074**<br>**U S Dept Of Ed/gsl/atl**<br>**Po Box 4222**<br>**Iowa City, IA  52244** | | W | **INSTALLMENT ACCOUNT OPENED 8/2011** | | | | **7,011.00** |
| ACCOUNT NO. **7784**<br>**U S Dept Of Ed/gsl/atl**<br>**Po Box 4222**<br>**Iowa City, IA  52244** | | W | **INSTALLMENT ACCOUNT OPENED 8/2010** | | | | **6,276.00** |
| ACCOUNT NO.<br>**UAMS Medical Ctr.**<br>**P.O. Box 504962**<br>**St. Louis, MO  63150-4962** | | J | | | | | **0.00** |
| ACCOUNT NO.<br>**UK A.B. Chandler Hospital**<br>**Lockbox 951319**<br>**Cleveland, OH  44193-0011** | | J | | | | | **0.00** |
| ACCOUNT NO.<br>**UMAS College Of Medicine**<br>**P.O. Box 251508**<br>**Little Rock, AR  72225-1420** | | J | | | | | **0.00** |
| ACCOUNT NO. **9398**<br>**Universal Collection Systems**<br>**P.O. Box 751090**<br>**Memphis, TN  38175** | | J | **collection for Stern Cardiovascular Foundation** | | | | **45.00** |

Sheet no. __**24**__ of __**25**__ continuation sheets attached to                      Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                (Total of this page)  $ **22,769.00**

                                                                                            Total
                                                        (Use only on last page of the completed Schedule F. Report also on
                                                        the Summary of Schedules, and if applicable, on the Statistical
                                                        Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hood, Jeff Gordon & Hood, Jennifer Jean                                    Case No. 15-13244
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Valerie Futris Fisher<br>P.O. Box 1870<br>Collierville, TN  38027** | | J | **collection for BMH-Desoto** | | | | **0.00** |
| ACCOUNT NO. **8277**<br>**West Asset Management<br>2703 N Highway 75<br>Sherman, TX  75090** | | W | **OPEN ACCOUNT OPENED 2/2014<br>collection for Georgetown Community Hospital** | | | | **304.00** |
| ACCOUNT NO. **8283**<br>**West Asset Management<br>2703 N Highway 75<br>Sherman, TX  75090** | | W | **OPEN ACCOUNT OPENED 2/2014<br>collection for Georgetown Community Hospital** | | | | **362.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **25** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **666.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **150,842.85**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean**                              Case No. **15-13244**
_____                    _____
Debtor(s)                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean**                                    Case No. **15-13244**
_____                                    _____
Debtor(s)                                                                          (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jeff Gordon Hood** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | **Jennifer Jean Hood** |
| (Spouse, if filing) | First Name                    Middle Name                    Last Name |

United States Bankruptcy Court for the: Northern District of Mississippi

| | |
|---|---|
| Case number | **15-13244** |
| (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | **Hub Planner** | |
| Employer's name | **Fed Ex** | |
| Employer's address | **1790 Kirby Parkway, Suite 300**<br>Number   Street | Number   Street |
| | | |
| | **Memphis, TN  38138-0000**<br>City            State   ZIP Code | City              State   ZIP Code |
| How long employed there? | **20 years** | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ **6,479.46** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3.  + $ **0.00** | + $ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.  $ **6,479.46** | $ **0.00** |

Debtor 1 __**Jeff Gordon Hood**_____   Case number *(if known)* __15-13244_____
      First Name      Middle Name      Last Name

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here .................................................................. → 4. | $ **6,479.46** | $ **0.00** |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ **1,150.49** | $ **0.00** |
| 5b. Mandatory contributions for retirement plans | 5b. | $ **0.00** | $ **0.00** |
| 5c. Voluntary contributions for retirement plans | 5c. | $ **73.94** | $ **0.00** |
| 5d. Required repayments of retirement fund loans | 5d. | $ **325.24** | $ **0.00** |
| 5e. Insurance | 5e. | $ **369.13** | $ **0.00** |
| 5f. Domestic support obligations | 5f. | $ **0.00** | $ **0.00** |
| 5g. Union dues | 5g. | $ **0.00** | $ **0.00** |
| 5h. Other deductions. Specify: __See Schedule Attached__ | 5h. | + $ **133.34** | + $ **0.00** |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ **2,052.13** | $ **0.00** |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **4,427.33** | $ **0.00** |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm**  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b. **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. **Other government assistance that you regularly receive**  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: _____ | 8f. | $ **0.00** | $ **0.00** |
| 8g. **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ **0.00** | + $ **0.00** |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ **0.00** | $ **0.00** |
| 10. **Calculate monthly income.** Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **4,427.33** + | $ **0.00** = | $ **4,427.33** |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

   Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

   Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

   Specify: _____   11. + $ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
   Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12. | $ **4,427.33**

   **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ☑ No.
   ☐ Yes. Explain:   **None**

IN RE **Hood, Jeff Gordon & Hood, Jennifer Jean**                                    Case No. **15-13244**
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: | | |
| **Credit Assn** | **12.50** | **0.00** |
| **Credit Assoc** | **108.34** | **0.00** |
| **CrediC ASSN** | **12.50** | **0.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** <u>Hood, Jeff Gordon & Hood, Jennifer Jean</u>                                     Case No. <u>**15-13244**</u>
                              Debtor(s)                                                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____<u>44</u> sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: <u>**September 28, 2015**</u>            Signature: */s/ Jeff Gordon Hood* _____
                                                       **Jeff Gordon Hood**                                         Debtor

Date: <u>**September 28, 2015**</u>            Signature: */s/ Jennifer Jean Hood* _____
                                                       **Jennifer Jean Hood**                                (Joint Debtor, if any)
                                                                           [If joint case, both spouses must sign.]

---

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                         _____
                                                       (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1    **Jeff Gordon Hood**
     First Name    Middle Name    Last Name

Debtor 2    **Jennifer Jean Hood**
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Mississippi

Case number   **15-13244**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____ MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

☐ No. Go to line 2.
☑ Yes. **Does Debtor 2 live in a separate household?**

   ☑ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☑ Yes. Fill out this information for each dependent............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 17 | ☐ No ☑ Yes |
| Son | 10 | ☐ No ☑ Yes |
| Son | 9 | ☐ No ☑ Yes |
| Son | 19mont | ☐ No ☑ Yes |
| Daughter | 22 | ☐ No ☑ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
☑ No
☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  | Your expenses |
|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| If not included in line 4: | |
| 4a. Real estate taxes | 4a. $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ 300.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ 0.00 |

| Debtor 1 | **Jeff Gordon Hood** | Case number *(if known)* **15-13244** |
|---|---|---|
| | First Name    Middle Name    Last Name | |

| | | | **Your expenses** |
|---|---|---|---|

| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | $ 0.00 |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ 400.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 75.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 480.00 |
| | 6d. Other. Specify: **Cable And Internet** | 6d. | $ 200.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 800.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 200.00 |
| 10. | **Personal care products and services** | 10. | $ 50.00 |
| 11. | **Medical and dental expenses** | 11. | $ 150.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 350.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 0.00 |
| | 15b. Health insurance | 15b. | $ 0.00 |
| | 15c. Vehicle insurance | 15c. | $ 200.00 |
| | 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify:_____ | 17c. | $ 0.00 |
| | 17d. Other. Specify:_____ | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | $ 0.00 |
| | 20b. Real estate taxes | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1    **Jeff Gordon Hood**
First Name      Middle Name      Last Name                                    Case number *(if known)* **15-13244**

21.  **Other**. Specify: _____  21.  +$_____**0.00**_____

22.  **Your monthly expenses.** Add lines 4 through 21.            22.  $_____**3,305.00**_____
     The result is your monthly expenses.

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $_____**4,427.33**_____

     23b.  Copy your monthly expenses from line 22 above.                      23b.  −$_____**3,305.00**_____

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income.*                           23c.  $_____**1,122.33**_____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.
     ☐ Yes.   **None**

B7 (Official Form 7) (04/13)

**United States Bankruptcy Court**
**Northern District of Mississippi**

IN RE:                                                                    Case No. **15-13244**

Hood, Jeff Gordon & Hood, Jennifer Jean                                   Chapter **13**

           Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐   including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    AMOUNT    SOURCE
      0.00    2014-$73,500.00 (Fed Ex)
                2015-$51,800.00 (Fed Ex)

---

**2. Income other than from employment or operation of business**

None   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☑   **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other
☑   debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Credit Counseling** | | **10.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|
| **220 Ransom Trace, Georgetown, KY** | | **1/2013 - 6/2014** |

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None   a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates
☑   of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole
proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the
commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately
preceding the commencement of this case.

  *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates
of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately
preceding the commencement of this case.

  *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates
of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately
preceding the commencement of this case.

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☑

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct.

Date: **September 28, 2015**      Signature   ***/s/ Jeff Gordon Hood***
                     of Debtor                                         **Jeff Gordon Hood**

Date: **September 28, 2015**      Signature   ***/s/ Jennifer Jean Hood***
                     of Joint Debtor                              **Jennifer Jean Hood**
                     (if any)

                               **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Mississippi**

IN RE:                                                                  Case No. **15-13244**

**Hood, Jeff Gordon & Hood, Jennifer Jean**                            Chapter **13**
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **September 28, 2015**        Signature: *__/s/ Jeff Gordon Hood__*
                                               **Jeff Gordon Hood**                        Debtor


Date: **September 28, 2015**        Signature: *__/s/ Jennifer Jean Hood__*
                                               **Jennifer Jean Hood**                      Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Accounts Receivable Mangement Servces
P.O. Box 638
Paris, TN  38242


Alcoa Billing Center
3429 Regal Dr.
Alcoa, TN  37701


Allied Interstate, Inc.
P.O. Box 4000
Warrenton, VA  20188


AMCA Collection Agency
P.O. Box 1235
Elmsford, NY  10523-0935


Arco Coll Sv
5705 Stage Road
Bartlett, TN  38134


Baptist Heallth Lexington
P.O. Box 69
Nashport, OH  43830-0690


Baptist Memorial Hospital
P.O. Box 144
Memphis, TN  38101


Baptist Memorial Hospital Desote
P.O. Box 638
Paris, TN  38242-0638


Baptist Physicans Surgery
P.O. Box 910966
Lexington, KY  40591-0966

Blue Grass Regional Imaging
1218 South Broadway, Ste. 310
Lexington, KY  40504


BMH-Desoto
P.O. Box 415000
Nashville, TN  37241-5000


Bruce Denney, DDS
7125 Getwell Rd. S., Ste. 102
Southaven, MS  38672


Campbell Clinic
1400 South Germantown Rd
Germantown, TN  38138


Cash Advance America
1750 Goodman Rd., Ste. 200
Horn Lake, MS  38637


Cbs Col Lex
2541 Sir Barton Wa
Lexington, KY  40578


Central Financial Control
P.O. Box 66044
Anaheim, CA  92816-6044


Central Finl Control
Po Box 66044
Anaheim, CA  92816


Central Kentucky Anesthesia
425 Lewis Hargett Circle
Lexington, KY  40503

Central Kentucky Mgmt. Services
Lockbox 951336
Cleveland, OH  44193


Check N Go
362 Stateline Road W.
Southaven, MS  38671


Chipps, Caffrey And Dubilier,
290 Big Run Rd.
Lexington, KY  40503-2903


Cmre. 877-572-7555
3075 E Imperial Hwy Ste
Brea, CA  92821


Comcast
P.O. Box 105184
Atlanta, GA  30348


Cons Rec Sys
2650 Thousand Oaks
Memphis, TN  38118


Consolidated Recovery System
P.O. Box 1719
Memphis, TN  38101


Convenient Care Clinic
P.O. Box 671478
Dallas, TX  75267


Convergent
P.O. Box 9004
Renton, WA  98057

Credit Bureau Centre
604 West Broadway
West Plains, MO  65775-2641


Credit Coll
Po Box 9134
Needham, MA  02494


Credit Collection Services
Two Wells Avenue
Newton, MA  02459


Credit Management Lp
4200 International Pkwy
Carrollton, TX  75007


Credit Protection Asso
One Galleria Tower
Dallas, TX  75240


Dermatology East
1335 Cordova CV
Germantown, TN  38138-2200


Desoto Ear Nose And Throat
5960 Getwell Rd Ste 212 D
Southaven, MS  38672


Drive Time
1800 N Colorado St
Gilbert, AZ  85233


Dynamic Rec
2775 Villa Creek
Dallas, TX  75234

East Memphis Anesthesia Services
P.O. Box 171181
Memphis, TN  38187


Ecmc
1 Imation Pl
Oakdale, MN  55128


Endoscopy Ctr Of The Mid South
3960 Knight Arnold Rd.M, Ste. 117
Memphis, TN  38118-3035


Eos Cca
Po Box 981025
Boston, MA  02298


EOS CCA
P.O. Box 169
Norwell, MA  02061-0169


Family Medical Clinic Of North Miss
3451 Goodman Rd., E. Ste. 115
Southaven, MS  38672


First Chase
7954 Tunsit Rd., #304
Williamsville, NY  14221


First National Collection Bureau
P.O. Box 1259
Oaks, PA  19456


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD  57107

Francis Fenaughty, MD
8010 Stage Hills Blvd.
Bartlett, TN  38184


Frost Arnett Co.
P.O. Box 198988
Nashville, TN  37219-8988


Georgetown Community Hospital
P.O. Box 742755
Atlanta, GA  30374


Georgetown Pediatrics PSC
1162 Lexington Rd.
Georgetown, KY  40324-9390


Gla Collection Co Inc
2630 Gleeson Ln
Louisville, KY  40299


Gm Financial
Po Box 181145
Arlington, TX  76096


Harvard Coll
4839 N Elston Ave
Chicago, IL  60630


Harvard Collection Services
4839 N. Elston Ave.
Chicago, IL  60630-2534


Horn Lake Chiropractic Centre, Inc.
3400 Goodman Rd.
Horn Lake, MS  38637-1174

```
HRRG
P.O. Box 189053
Plantation, FL  33318


Ic Systems Inc
Po Box 64378
Saint Paul, MN  55164


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114


J. Harley Barrow, Jr., MD
628 Hospital Dr., Ste. 2A
Mountain Home, AR  72653


Kentucky Utilities
P.O. Box 9037
Addison, TX  75001-9037


KLS
P.O. Box 2754
Spokane, WA  99220-2754


Kriss Pediatric Imaging
P.O. Box 910670
Lexington, KY  40591-0670


Labcorp
P.O. Box 2240
Burlington, NC  27216-2240


Law Office Of David W. Edwards, PC
P.O. Box 910
Paris, TN  38242-0910
```

LCA Collections
P.O. Box 2240
Burlington, NC  27216


Lexington Cardiology AT Ctr.
P.O. Box 910670
Lexington, KY  40591-0670


Lexington OBGYN
1760 NicholasvilleRd., 101
Lexington, KY  40503-1471


Lifetime Family Dental Care
240 Blossom Park Dr., Ste. 1
Georgetown, KY  40324-8075


Lifetime Family Dental Care
240 Blossom Park Dr., Suite 1
Georgetown, KY  40324-8075


Main Street Medical Clinic
P.O. Box 578
Harrison, AR  72602-0578


Marshall Emergency Services
1792 Alysheba Way, Ste. 150
Lexington, KY  40509-2285


McCarthy, Burgess & Wolff, Inc.
26000 Cannon Rd
Cleveland, OH  44146


Medical Finc
5100 Poplar Ave
Memphis, TN  38137

MedPost Urgent Care-Olive Branch
P.O. Box 742698
Atlanta, GA  30374-2698


Mercantile Adjustment Bureau
P.O. Box 9016
Williamsville, NY  14231-9016


Mericredit
P.O. Box 1629
Maryland Heights, MO  63043-0629


Mesa
P.O. Box 630823
Cincinnati, OH  45263-0823


Methodist Healthcare
P.O. Box 2279
Memphis, TN  38101-2279


Mid South Imaging And Therapeutics
P.O. Box 5083
Memphis, TN  38101


Natl Recover
2491 Paxton Street
Harrisburg, PA  17111


NCO Financial Systems, Inc.
P.O. Box 15740
Wilmington, DE  19850-5740


NCO Financial Systems, Inc.
PO BOX 4275
Norcross, GA  30091

Nicole Payne
2149 West Stateline Rd.
Southaven, MS  38671


Northeast MS Health Care
12 East Brunswick Ave
Byhalia, MS  38611


Northeast MS Health Care, Inc.
12 East Brunswick
Byhalia, MS  38611-9998


NPAS Solutions, LLC
P.O. Box 2248
Maryland Heights, MO  63043-1048


Ozark Pathology
P.O. Box 310
Mountain Home, AR  72654-0310


Pathgroup
P.O., Box 530310
Atlanta, GA  30353-0310


Pediatri Emergency Specialists
5885 Aiurline Rd. #1011
Arlington, TN  38002


PennCredit
P.O. Box 988
Harrisburg, PA  17108-0988


Physician Billing Service
P.O. Box 116652
Atlanta, GA  30368-6652

Premier Gastroenterlogy
P.O. Box 40895
Memphis, TN  38174-0895


Profcrjonsbo
Po Box 1629
Maryland Heights, MO  63043


Professional Cr Mgmt
Po Box 1629
Maryland Heights, MO  63043


Regional Acceptance Co
5425 Robin Road
Norfolk, VA  23513


Retrieval Masters Creditors Bureau
4 Westchester Plaza, Ste. 110
Elmsford, NY  10523


Revenue Recovery Corp
612 Gay St
Knoxville, TN  37902


Saint Francis Hospital
P.O. Box 741274
Atlanta, GA  30374-1274


Sca Cred Svc
1502 Williamson Ro
Roanoke, VA  24012


Se Fincl Svs
475 E South Street
Collierville, TN  38017

Semmes Murphey Clinic
P.O. Box 1000, Dept. 575
Memphis, TN  38148-0001


Semmes-Murphey Clinic
P.O. Box 1000, Dept. 575
Memphis, TN  38148-0001


Senex Services
P.O. Box 30516
Lansing, MI  48909-8016


Shapiro & Massey, LLC
1080 River Oaks Drive, Suite B-202
Flowood, MS  39232


Stern Cardiovascular Center
P.O. Box 1000 Dept 984
Memphis, TN  38148


Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia, PA  19154


TCM Inc.
P.O. Box 1945
Corinth, MS  38835


Telerythmics, LLC
P.O. Box 197
Memphis, TN  38101-0197


The CBE Group
P.O. Box 2337
Waterloo, IA  50704-2337

```
The Neurosurgical Center
55 Physcians Lane, Ste. 1
Southaven, MS  38671


Time Warner-Credit Mngt.
P.O. Box 118288
Carrollton, TX  75011-8288


Trident Asset Manageme
53 Perimeter Ctr E Ste 4
Atlanta, GA  30346


Trinity Billing Solutions
P.O. Box 1890
Jonesboro, AR  72403


Twin Lake Medical Speicialists
628 Hospital Dr. Ground Floor, Ste. A
Mountain Home, AR  72653


U S Dept Of Ed/gsl/atl
Po Box 4222
Iowa City, IA  52244


UAMS Medical Ctr.
P.O. Box 504962
St. Louis, MO  63150-4962


UK A.B. Chandler Hospital
Lockbox 951319
Cleveland, OH  44193-0011


UMAS College Of Medicine
P.O. Box 251508
Little Rock, AR  72225-1420
```

Universal Collection Systems
P.O. Box 751090
Memphis, TN  38175


Valerie Futris Fisher
P.O. Box 1870
Collierville, TN  38027


Wells Fargo Hm Mortgag
7255 Baymeadows Wa
Des Moines, IA  50306


West Asset Management
2703 N Highway 75
Sherman, TX  75090